UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-6530-GW-AGRx | Date | February 27, 2024 |
|---|---|---|---|
| Title | *Charles James Ericsson v. United States of America* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On February 26, 2024, the United States of America filed a Notice of Partial Settlement in related case *Fidel Escobedo, et al. v. United States of America, et al.*, CV 22-6828-GW-AGRx. The Court vacates all currently set dates, with the expectation that a dismissal will be filed, and sets an order to show re: settlement hearing for April 29, 2024 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on April 25, 2024.

:

Initials of Preparer    JG