JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL ESCOBEDO, Individually and as Successor in Interest to the Estate of Maria De La Luz Torres; ALEXANDRA ESCOBEDO, Individually and as Successor in Interest to the Estate of Maria De La Luz Torres; MARY CHAVEZ, Individually and as Successor in Interest to the Estate of Maria De La Luz Torres; MICHELLE OCHOA, Individually and as Successor in Interest to the Estate of Maria De La Luz Torrez,<br><br>      Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA, a government entity; CONSOLIDATED DISPOSAL SERVICE, LLC; REPUBLIC SERVICES; CARLOS BOTELLO-ORTEGA, an Individual; KEURIG DR PEPPER INC.; SPLASH TRANSPORT, INC.; CHARLES JAMES ERICSSON, an Individual; and DOES 1 - 100,<br><br>      Defendants. | No. CV 22-6530-GW-AGRx<br><br>[Consolidated with No. CV 22-6828-GW-AGRx]<br><br>**ORDER** |

AND RELATED CLAIMS.

The Court, having considered the stipulation filed by the parties, dismisses with prejudice *Charles James Ericsson v. United States of America*, 2:22-cv-06530-GW(AGRx) in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses.

IT IS SO ORDERED.

Dated: April 11, 2024

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1